Argued and submitted May 6, affirmed by an equally divided court November 28, rehearing denied December 12, 1980

## STATE OF OREGON,
*Respondent,*
*v.*
## JOHNNY CHARLES BRUNO,
*Petitioner.*

(CA 11492, SC 26665)

619 P2d 648

Harry T. Carp, of Chez & Carp, Eugene, argued the cause and filed the briefs for petitioner.

Brian Barnes, Assistant District Attorney, Lane County, argued the cause for respondent. With him on the brief was J. Pat Horton, District Attorney, Lane County.

Before Denecke, Chief Justice, and Tongue, Howell, Lent, Linde and Peterson, Justices.

